IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CLYDE TURNER | ) |
| | ) |
| v. | ) NO. 3-12-0847 |
| | ) JUDGE CAMPBELL |
| DARON HALL, et al. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 73), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, Defendant Blaylock's Motion to Dismiss (Docket No. 23) is GRANTED; Defendant Hall's Motion to Dismiss (Docket No. 25) is GRANTED; Defendants Sloan, Howell, Darby and Dotson's Motion to Dismiss (Docket No. 27) is GRANTED; the unnamed Defendants'[1] Motion to Dismiss (Docket No. 34) is GRANTED; and Defendant Correct Care Solutions, LLC's Motion for Summary Judgment (Docket No. 43) is GRANTED.

Accordingly, this action is DISMISSED, and the Clerk is directed to close the file. Any other pending Motions are denied as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE

---

[1] The Magistrate Judge notes that the unnamed Defendants identified as C.J.C. nurse practitioners and C.J.C. Doctor M.D. made a special/limited appearance to argue that Plaintiff's attempt to serve them collectively as a group does not constitute service of process upon any individual. Docket No. 73, p. 4.